In the Matter of the Application of MYLES W. STANDISH, Appellant, for a Writ of Habeas Corpus.

HAZEL S. TRUITT, Respondent.

*Habeas corpus — proceeding by father to obtain custody of his infant daughter — when decision in prior habeas corpus proceeding in another state res adjudicata.*

*Matter of Standish*, 197 App. Div. 176, affirmed.

(Argued May 29, 1922; decided June 13, 1922.)

APPEAL from an order of the Appellate Division of the Supreme Court in the second judicial department, entered May 13, 1921, which reversed an order of Special Term, made in habeas corpus proceedings, awarding to petitioner the custody of his infant daughter and dismissed the proceedings. The petitioner and his wife were divorced, the wife retaining custody of their child. After the death of the wife the child remained with her aunt, the respondent herein, who was appointed one of her guardians. Petitioner started habeas corpus proceedings in the state of Virginia to obtain possession of the child and after a hearing the court decided that it was best that the infant remain in the custody and under the control of its aunt, the respondent. Thereafter, the respondent having moved to this state, petitioner brought

44

this proceeding. The Appellate Division held that the Virginia decision, in the absence of evidence of a change in conditions, was *res adjudicata.*

*Frederick P. Close* and *Henry K. Heyman* for appellant.
*Humphrey J. Lynch* for respondent.

Order affirmed, with costs; no opinion.

Concur: Hiscock, Ch. J., Hogan, Cardozo, Pound, McLaughlin, Crane and Andrews, JJ.